IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>NACM OF COLORADO,<br><br>Defendant. | Civil Action No. 04-CV-1067 (KAJ) |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

619647v1

Dated: March 8, 2006                          THE BAYARD FIRM

                                              /s/ M. Augustine
                                              Neil B. Glassman (No. 2087)
                                              Ashley B. Stitzer (No. 3891)
                                              Mary E. Augustine (No. 4477)
                                              222 Delaware Avenue, Suite 900
                                              P. O. Box 25130
                                              Wilmington, DE 19899
                                              Telephone: (302) 655-5000

                                              - and -

                                              LOWENSTEIN SANDLER PC
                                              Paul Kizel, Esquire
                                              65 Livingston Avenue
                                              Roseland, NJ 07068
                                              Telephone (973) 597-2500

                                              Co-Counsel for Perry Mandarino, not Personally,
                                              but as Trustee for the NationsRent Unsecured
                                              Creditor's Liquidating Trust