## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*NACM of Colorado*
Attn:  President/CEO
2044 1st Avenue, Suite 300
San Diego, CA 92101

*NACM of Colorado*
Attn:  Dennis Bedingfield,
         Registered Agent
777 South Wadsworth, Suite 2-100
Lakewood, CO 80226

_____
Mary E. Augustine (No. 4477)

619647v1